IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. JOHNSON, | No. 2:15-CV-0365-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2015, the court directed plaintiff to file a first amended complaint within 30 days. Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, plaintiff has not filed an amended complaint.

/ / /

/ / /

/ / /

/ / /

1           Plaintiff shall show cause in writing, within 30 days of the date of this order, why
2   this action should not be dismissed for failure to file an amended complaint.  Plaintiff is again
3   warned that failure to respond to this order may result in dismissal of the action for the reasons
4   outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.
5           IT IS SO ORDERED.

7    DATED: January 20, 2016

                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE